B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Matthew David Missimer**  
      **Nicole Elizabeth Missimer**  
      Debtor(s)

Case No.  **15-11760**  
Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Global Lending Service** | **Describe Property Securing Debt:**<br>**2013 Dodge Aveneger - 50,000 miles** |

Property will be (check one):  
☒ Surrendered       ☐ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
☐ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
☒ Claimed as Exempt       ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **August 29, 2016**       Signature  **/s/ Matthew David Missimer**  
                                                       **Matthew David Missimer**  
                                                       Debtor

Date  **August 29, 2016**       Signature  **/s/ Nicole Elizabeth Missimer**  
                                                       **Nicole Elizabeth Missimer**  
                                                      Joint Debtor