United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-11760-ref
Matthew David Missimer                                                  Chapter 13
Nicole Elizabeth Missimer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: Keith              Page 1 of 2              Date Rcvd: Aug 30, 2016
                             Form ID: pdf900          Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2016.
```
db/jdb         #+Matthew David Missimer,   Nicole Elizabeth Missimer,   106 Memorial Highway,   Apt. 3,
                 Fleetwood, PA 19522-8898
smg             +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg              City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg             +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg             +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr            ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
               (address filed with court:  AmeriCredit Financial Services, Inc.,   PO Box 183853,
                 Arlington, TX  76096)
13490098        +AES,   1200 N. 7th Street,   Harrisburg, PA 17102-1419
13490099        +Affilia Home Health,   1811 Olde Homestead Ln.,   Lancaster, PA 17601-5837
13501920        +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
13490100        +Apex Asset,   1891 Santa Barbara,   Lancaster, PA 17601-4106
13490101        +Ar Resources Inc,   1777 Sentry Pkwy W,   Blue Bell, PA 19422-2206
13490102        +Arcadia Recovery Bureau,   PO Box 41309,   Dept. 310,   Nashville, TN 37204-1309
13490106        +Comnwlth Fin,   245 Main St,   Dickson City, PA 18519-1641
13490107        +Congress Collection Corp,   24901 Northwestern Hwy Ste 300,   Southfield, MI 48075-2207
13490109        +David Apothaker, Esquire,   520 Fellowship Road,   Suite C306,   Mount Laurel, NJ 08054-3410
13490111        +Diamond Credit Union,   1600 Medical Drive,   Pottstown, PA 19464-3242
13490112        +ENM Law Group,   PO Box 214,   Reading, PA 19603-0214
13524715         Educational Credit Management Corp /ECMC,   PO BOX 16408,   ST. PAUL, MN 55116-0408
13490113        +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
13490114       #+Global Lending Service,   5 Concourse Pkwy Ne Ste,   Atlanta, GA 30328-7104
13518341        +Global Lending Services,   6400 Main Street,   Amherst, NY 14221-5858
13517732        +Global Lending Services,   6400 Main Street,   Amherst, New York 14221-5858
13520881        +Global Lending Services,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
                 Philadelphia, PA 19106-1541
13490115        +Gm Financial,   Po Box 181145,   Arlington, TX 76096-1145
13601821        +Mendelsohn and Mendelsohn, P.C.,   637 Walnut Street,   Reading, PA 19601-3524
13490118        +Michael R. Shires, MA,   3212 Kutztown Road,   Reading, PA 19605-2661
13490119        +National Enterprise Systems,   29125 Solon Road,   Solon, OH 44139-3442
13490120        +National Recovery Agen,   2491 Paxton St,   Harrisburg, PA 17111-1036
13540624         Navient Solutions, Inc.,   P.O. Box 9640,   Wilkes-Barre, PA 18773-9640
13490127        +Orthopaedic Associates of Reading, LTD,   301 S. 7th Ave.,   Suite 3220,
                 West Reading, PA 19611-1493
13490128        +P H E A A/h C B,   Aes/Ddb,   Po Box 8183,   Harrisburg, PA 17105-8183
13562596        +PHEAA,   PO BOX 8147,   HARRISBURG PA 17105-8147
13490131         RAB Inc.,   PO Box 34111,   Memphis, TN 38184-0111
13490134        +RHPN Weight Management CTR,   PO Box 70892,   Philadelphia, PA 19176-5892
13490132         Reading Anesthesia Associates Ltd,   PO Box 16052,   Reading, PA 19612-6052
13490133        +Reading Health System,   PO Box 70894,   Philadelphia, PA 19176-5894
13490141         U S Dept Of Ed/Gsl/Atl,   Po Box 4222,   Iowa City, IA 52244
13490139         U S Dept Of Ed/fisl/ch,   Bankruptcy Unit,   Po Box 65128,   Saint Paul, MN 55165
13490144        +VNA Community Care Services,   1811 Olde Homestead Ln,   Lancaster, PA 17601-5837
13490145        +West Wyo Services, LLC,   PO Box 41518,   Boston, MA 02241-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: roberts12@dnb.com Aug 31 2016 02:16:57      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 31 2016 02:16:44
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 31 2016 02:17:01      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13490103        +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 31 2016 02:16:52      Asset Acceptance,
                 Attn: Bankrupcy Dept,   Po Box 2036,   Warren, MI 48090-2036
13490104        +E-mail/Text: banko@berkscredit.com Aug 31 2016 02:16:39      Berks Credit & Coll,
                 900 Corporate Dr,   Reading, PA 19605-3340
13490108         E-mail/Text: csd1clientservices@cboflanc.com Aug 31 2016 02:18:11
                 Credit Bureau of Lancaster County, Inc.,   P.O. Box 1271,   Lancaster, PA 17608-1271
13490110         E-mail/Text: cio.bncmail@irs.gov Aug 31 2016 02:16:38      Department of Treasury,
                 Internal Revenue Service,   PO Box 7346,   Philadelphia PA 19101-7346
13490117        +E-mail/Text: csd1clientservices@cboflanc.com Aug 31 2016 02:18:11      Lancaster Collections,
                 Credit Bureau of Lancaster County,   Po Box 1271,   Lancaster, PA 17608-1271
13490123        +E-mail/Text: Bankruptcy@nslp.org Aug 31 2016 02:16:52      National Student Loan,   Po Box 82507,
                 Lincoln, NE 68501-2507
13490125        +E-mail/PDF: pa_dc_claims@navient.com Aug 31 2016 02:22:00      Navient,   Po Box 9655,
                 Wilkes Barre, PA 18773-9655
13490126        +E-mail/PDF: pa_dc_claims@navient.com Aug 31 2016 02:21:52      Navient,   PO Box 13611,
                 Philadelphia, PA 19101-3611
```

```
District/off: 0313-4          User: Keith              Page 2 of 2                  Date Rcvd: Aug 30, 2016
                              Form ID: pdf900          Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13490130        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 31 2016 02:21:41
                 Portfolio Recovery Assoc LLC,    PO Box 12914,    Norfolk, VA 23541
13506406        E-mail/Text: bkyelectnotices@tgslc.org Aug 31 2016 02:17:01
                 Texas Guarantee Student Loan Corp,    TGSLC,    PO BOX 83100,   Round Rock TX 78683-3100
13490135       +E-mail/Text: bkyelectnotices@tgslc.org Aug 31 2016 02:17:01      Tx Guar Std,
                 Tg/Attn. Bankruptcy Department,    Po Box 659602,    San Antonio, TX 78265-9602
13490143       +E-mail/Text: External.Collections@phoenix.edu Aug 31 2016 02:18:13     University Of Phoenix,
                 4615 E Elwood St Fl 3,    Phoenix, AZ 85040-1908
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Global Lending Services,    6400 Main Street,    Amherst, NY 14221-5858
13495936*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,     PO BOX 183853,   ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit Financial Services, Inc.,    dba GM Financial,
                 P O Box 183853,    Arlington, TX 76096)
13490105*      +Berks Credit & Coll,    900 Corporate Dr,    Reading, PA 19605-3340
13537074*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Department of Treasury,    PO Box 9052,   Andover, MA 01810)
13490116*       Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
13490121*      +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
13490122*      +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
13490124*      +National Student Loan,    Po Box 82507,    Lincoln, NE 68501-2507
13490129*      +P H E A A/h C B,    Aes/Ddb,    Po Box 8183,    Harrisburg, PA 17105-8183
13490136*      +Tx Guar Std,    Tg/Attn. Bankruptcy Department,    Po Box 659602,   San Antonio, TX 78265-9602
13490137*      +Tx Guar Std,    Tg/Attn. Bankruptcy Department,    Po Box 659602,   San Antonio, TX 78265-9602
13490138*      +Tx Guar Std,    Tg/Attn. Bankruptcy Department,    Po Box 659602,   San Antonio, TX 78265-9602
13490142*       U S Dept Of Ed/Gsl/Atl,    Po Box 4222,    Iowa City, IA 52244
13490140*       U S Dept Of Ed/fisl/ch,    Bankruptcy Unit,    Po Box 65128,   Saint Paul, MN 55165
                                                                                    TOTALS: 0, * 14, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2016                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2016 at the address(es) listed below:
```
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Matthew David Missimer tobykmendelsohn@comcast.net
              BRENNA HOPE MENDELSOHN    on behalf of Joint Debtor Nicole Elizabeth Missimer
               tobykmendelsohn@comcast.net
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Global Lending Services bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Matthew David Missimer           :   CHAPTER 13
         Nicole Elizabeth Missimer,        :
                    Debtors                :   CASE NO. 15-11760-ref

## MOTION TO CONVERT CHAPTER 13 CASE TO A CHAPTER 7

Matthew David Missimer and Nicole Elizabeth Missimer, Debtors, by and through their counsel, Brenna H. Mendelsohn, Esquire, of Mendelsohn & Mendelsohn, P.C. files this Motion to Convert debtor's instant Chapter 13 Bankruptcy to a Chapter 7 Bankruptcy and in support thereof, represents the following:

1. The debtors, Matthew David Missimer and Nicole Elizabeth Missimer, filed a Petition for relief under 11 U.S.C. Chapter 13 of the Federal Code on March 16, 2015 to case number 15-11760-ref and this case is still pending before this Honorable Court.

2. The debtors seek an Order allowing his case to be converted from a Chapter 13 to a Chapter 7 Bankruptcy.

3. The debtors no longer have the monthly disposable income to feasibly remain in a Chapter 13 Plan.

**WHEREFORE**, the debtors pray that this Honorable Court enter an Order allowing Debtors to convert their Chapter 13 case to a Chapter 7 case as it is the more appropriate form of relief under the circumstances.

Respectfully Submitted,

/s/ Brenna H. Mendelsohn
Brenna H. Mendelsohn, Esquire
Attorney for Debtors

Dated: August 29, 2016