United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Matthew David Missimer  
Nicole Elizabeth Missimer  
       Debtors

Case No. 15-11760-ref  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: Lisa            Page 1 of 1        Date Rcvd: Oct 06, 2016
                  Form ID: pdf900       Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2016.
```
db          +Matthew David Missimer,    106 Memorial Highway,    Apt. 3,    Fleetwood, PA 19522-8898
jdb         +Nicole Elizabeth Missimer,    106 Memorial Highway,    Apt. 3,    Fleetwood, PA 19522-8898
cr         ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court:  AmeriCredit Financial Services, Inc.,    PO Box 183853,
               Arlington, TX  76096)
cr          +Global Lending Services,    6400 Main Street,    Amherst, NY 14221-5858
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2016 at the address(es) listed below:
```
          BRENNA HOPE MENDELSOHN    on behalf of Debtor Matthew David Missimer tobykmendelsohn@comcast.net
          BRENNA HOPE MENDELSOHN    on behalf of Joint Debtor Nicole Elizabeth Missimer
           tobykmendelsohn@comcast.net
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Global Lending Services bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          LYNN E. FELDMAN    trustee.feldman@rcn.com,    lfeldman@ecf.epiqsystems.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Matthew D. Missimer | | CHAPTER 7 |
|        Nicole E. Missimer | | |
|                   Debtors | | |
| Global Lending Services | | |
|                   Movant | | NO. 15-11760 REF |
|   vs. | | |
| Matthew D. Missimer | | |
| Nicole E. Missimer | | |
|                   Debtors | | 11 U.S.C. Section 362 |
| Frederick L. Reigle Esq. | | |
|                   Trustee | | |

## ORDER

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant, Global Lending Services, reviewed the file herein and, finding that no objections to same have been filed and that all required notices of said Motion have been properly served, is of the opinion that said Motion should be granted. It is therefore,

**ORDERED** that the automatic stay is hereby terminated under 11 U.S.C. §362(d) as to Movant, upon entry of this Order pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001 (a)(3), to permit said creditor to exercise its rights uder its loan documents.

**Date: October 5, 2016**

Richard E. Fehling,  Bankruptcy Judge.

Matthew D. Missimer
819 North 10th Street
Reading, PA 19604

Nicole E. Missimer
819 North 10th Street
Reading, PA 19604

Brenna Hope Mendelsohn, Esq.
637 Walnut Street (VIA ECF)
Reading, PA 19601

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532