United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-11760-ref
Matthew David Missimer                                                Chapter 7
Nicole Elizabeth Missimer
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Cathleen              Page 1 of 2           Date Rcvd: Dec 01, 2016
                            Form ID: 318                Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2016.
```
db/jdb       #+Matthew David Missimer,  Nicole Elizabeth Missimer,   106 Memorial Highway,  Apt. 3,
               Fleetwood, PA 19522-8898
smg           +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg           +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg           +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
13490098      +AES,   1200 N. 7th Street,   Harrisburg, PA 17102-1419
13490099      +Affilia Home Health,   1811 Olde Homestead Ln.,   Lancaster, PA 17601-5837
13501920      +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
               Arlington, TX 76096-3853
13490100      +Apex Asset,   1891 Santa Barbara,   Lancaster, PA 17601-4106
13490101      +Ar Resources Inc,   1777 Sentry Pkwy W,   Blue Bell, PA 19422-2206
13490102      +Arcadia Recovery Bureau,   PO Box 41309,   Dept. 310,   Nashville, TN 37204-1309
13490106      +Comnwlth Fin,   245 Main St,   Dickson City, PA 18519-1641
13490107      +Congress Collection Corp,   24901 Northwestern Hwy Ste 300,   Southfield, MI 48075-2207
13490109      +David Apothaker, Esquire,   520 Fellowship Road,   Suite C306,   Mount Laurel, NJ 08054-3410
13490111      +Diamond Credit Union,   1600 Medical Drive,   Pottstown, PA 19464-3242
13490112      +ENM Law Group,   PO Box 214,   Reading, PA 19603-0214
13524715       Educational Credit Management Corp /ECMC,   PO BOX 16408,   ST. PAUL, MN 55116-0408
13490114      #+Global Lending Service,   5 Concourse Pkwy Ne Ste,   Atlanta, GA 30328-7104
13518341      +Global Lending Services,   6400 Main Street,   Amherst, NY 14221-5858
13517732      +Global Lending Services,   6400 Main Street,   Amherst, New York 14221-5858
13520881      +Global Lending Services,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
               Philadelphia, PA 19106-1541
13601821      +Mendelsohn and Mendelsohn, P.C.,   637 Walnut Street,   Reading, PA 19601-3524
13490118      +Michael R. Shires, MA,   3212 Kutztown Road,   Reading, PA 19605-2661
13490120      +National Recovery Agen,   2491 Paxton St,   Harrisburg, PA 17111-1036
13540624       Navient Solutions, Inc.,   P.O. Box 9640,   Wilkes-Barre, PA 18773-9640
13490127      +Orthopaedic Associates of Reading, LTD,   301 S. 7th Ave.,   Suite 3220,
               West Reading, PA 19611-1493
13490128      +P H E A A/h C B,   Aes/Ddb,   Po Box 8183,   Harrisburg, PA 17105-8183
13562596      +PHEAA,   PO BOX 8147,   HARRISBURG PA 17105-8147
13490131       RAB Inc.,   PO Box 34111,   Memphis, TN 38184-0111
13490134      +RHPN Weight Management CTR,   PO Box 70892,   Philadelphia, PA 19176-5892
13490132       Reading Anesthesia Associates Ltd,   PO Box 16052,   Reading, PA 19612-6052
13490133      +Reading Health System,   PO Box 70894,   Philadelphia, PA 19176-5894
13490141       U S Dept Of Ed/Gsl/Atl,   Po Box 4222,   Iowa City, IA 52244
13490139       U S Dept Of Ed/fisl/ch,   Bankruptcy Unit,   Po Box 65128,   Saint Paul, MN 55165
13490144      +VNA Community Care Services,   1811 Olde Homestead Ln,   Lancaster, PA 17601-5837
13490145      +West Wyo Services, LLC,   PO Box 41518,   Boston, MA 02241-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QLEFELDMAN.COM Dec 02 2016 02:03:00      LYNN E. FELDMAN,   Feldman Law Offices PC,
               221 N. Cedar Crest Blvd.,   Allentown, PA 18104-4603
smg           +E-mail/Text: robertsl2@dnb.com Dec 02 2016 02:18:45      Dun & Bradstreet, INC,
               3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 02 2016 02:18:18
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 02 2016 02:18:55      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13495936       EDI: PHINAMERI.COM Dec 02 2016 02:03:00      AmeriCredit Financial Services, Inc.,
               dba GM Financial,   P O Box 183853,   Arlington, TX 76096
13490103      +EDI: ACCE.COM Dec 02 2016 02:03:00      Asset Acceptance,   Attn: Bankrupcy Dept,   Po Box 2036,
               Warren, MI 48090-2036
13490104      +E-mail/Text: banko@berkscredit.com Dec 02 2016 02:18:11      Berks Credit & Coll,
               900 Corporate Dr,   Reading, PA 19605-3340
13490108       E-mail/Text: csd1clientservices@cboflanc.com Dec 02 2016 02:19:08
               Credit Bureau of Lancaster County, Inc.,   P.O. Box 1271,   Lancaster, PA 17608-1271
13490110       EDI: IRS.COM Dec 02 2016 02:03:00      Department of Treasury,   Internal Revenue Service,
               PO Box 7346,   Philadelphia PA 19101-7346
13490113      +EDI: AMINFOFP.COM Dec 02 2016 02:03:00      First Premier Bank,   601 S Minnesota Ave,
               Sioux Falls, SD 57104-4868
13490115      +EDI: PHINAMERI.COM Dec 02 2016 02:03:00      Gm Financial,   Po Box 181145,
               Arlington, TX 76096-1145
13490117      +E-mail/Text: csd1clientservices@cboflanc.com Dec 02 2016 02:19:08      Lancaster Collections,
               Credit Bureau of Lancaster County,   Po Box 1271,   Lancaster, PA 17608-1271
13490119      +EDI: NESF.COM Dec 02 2016 02:03:00      National Enterprise Systems,   29125 Solon Road,
               Solon, OH 44139-3442
13490123      +E-mail/Text: Bankruptcy@nslp.org Dec 02 2016 02:18:36      National Student Loan,   Po Box 82507,
               Lincoln, NE 68501-2507
```

```
District/off: 0313-4          User: Cathleen              Page 2 of 2                  Date Rcvd: Dec 01, 2016
                              Form ID: 318                Total Noticed: 56

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13490125       +EDI: NAVIENTFKASMSERV.COM Dec 02 2016 02:03:00       Navient,   Po Box 9655,
                 Wilkes Barre, PA 18773-9655
13490126       +EDI: NAVIENTFKASMSERV.COM Dec 02 2016 02:03:00       Navient,   PO Box 13611,
                 Philadelphia, PA 19101-3611
13490130        EDI: PRA.COM Dec 02 2016 02:03:00      Portfolio Recovery Assoc LLC,   PO Box 12914,
                 Norfolk, VA 23541
13506406        E-mail/Text: bkyelectnotices@tgslc.org Dec 02 2016 02:18:54
                 Texas Guarantee Student Loan Corp,    TGSLC,   PO BOX 83100,    Round Rock TX 78683-3100
13490135       +E-mail/Text: bkyelectnotices@tgslc.org Dec 02 2016 02:18:55        Tx Guar Std,
                 Tg/Attn. Bankruptcy Department,    Po Box 659602,   San Antonio, TX 78265-9602
13490143       +E-mail/Text: External.Collections@phoenix.edu Dec 02 2016 02:19:12         University Of Phoenix,
                 4615 E Elwood St Fl 3,   Phoenix, AZ 85040-1908
                                                                                               TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13490105*     +Berks Credit & Coll,    900 Corporate Dr,    Reading, PA 19605-3340
13537074*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:   Department of Treasury,    PO Box 9052,   Andover, MA 01810)
13490116*      Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
13490121*     +National Recovery Agen,    2491 Paxton St,   Harrisburg, PA 17111-1036
13490122*     +National Recovery Agen,    2491 Paxton St,   Harrisburg, PA 17111-1036
13490124*     +National Student Loan,    Po Box 82507,   Lincoln, NE 68501-2507
13490129*     +P H E A A/h C B,    Aes/Ddb,   Po Box 8183,   Harrisburg, PA 17105-8183
13490136*     +Tx Guar Std,    Tg/Attn. Bankruptcy Department,    Po Box 659602,   San Antonio, TX 78265-9602
13490137*     +Tx Guar Std,    Tg/Attn. Bankruptcy Department,    Po Box 659602,   San Antonio, TX 78265-9602
13490138*     +Tx Guar Std,    Tg/Attn. Bankruptcy Department,    Po Box 659602,   San Antonio, TX 78265-9602
13490142*      U S Dept Of Ed/Gsl/Atl,    Po Box 4222,   Iowa City, IA 52244
13490140*      U S Dept Of Ed/fisl/ch,    Bankruptcy Unit,   Po Box 65128,    Saint Paul, MN 55165
                                                                                         TOTALS: 0, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2016 at the address(es) listed below:
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Matthew David Missimer tobykmendelsohn@comcast.net
              BRENNA HOPE MENDELSOHN    on behalf of Joint Debtor Nicole Elizabeth Missimer
               tobykmendelsohn@comcast.net
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Global Lending Services bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com,  lfeldman@ecf.epiqsystems.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Matthew David Missimer** | Social Security number or ITIN | **xxx–xx–7903** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Nicole Elizabeth Missimer** | Social Security number or ITIN | **xxx–xx–5654** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | | |
| Case number:   **15–11760–ref** | | | |

# Order of Discharge                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Matthew David Missimer                                   Nicole Elizabeth Missimer

                                                                        **By the court:**   Richard E. Fehling
12/1/16                                                                                        United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                   **Order of Discharge**                                         page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**